UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **HOSTESS BRANDS, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 4:19-CV-00100-CDL |
| vs. | ) |
| | ) |
| **ROSALIND ROSS,** | ) |
| | ) |
| **Defendant.** | ) |

## PRELIMINARY INJUNCTION

Plaintiff Hostess Brands, LLC ("Plaintiff" or "Hostess") filed a Verified Complaint and Motion for Temporary Restraining Order against Defendant Rosalind Ross ("Defendant") on June 18, 2019. (Dkt Nos. 1-2.) After a hearing conducted on June 20, 2019, the Court issued a Temporary Restraining Order granting the relief sought by Plaintiff. (Dkt. No. 7.)

In the interest of saving the time and expense associated with attending the preliminary injunction hearing scheduled for July 2, 2019, the parties have reached an agreement to convert the Court's Temporary Restraining Order into a preliminary injunction. Based on the sworn testimony in the Verified Complaint and the arguments of counsel, and upon agreement of the parties, the Court concludes that a preliminary injunction should be granted, but that the scope of injunctive relief previously entered should be modified.

Accordingly, Defendant is hereby ENJOINED and RESTRAINED as follows:

1. Defendant (and her officers, agents, servants, employees, and attorneys, as well as those persons in active concert or participation with her) is prohibited from directly or indirectly disclosing or making use of confidential, proprietary and trade secret information belonging to Hostess;

2. Defendant (and her officers, agents, servants, employees, and attorneys, as well as those persons in active concert or participation with her) is prohibited from otherwise breaching the terms of the Assignment of Inventions, Trade Secrets and Confidentiality Agreement;

1

3. Defendant (and her officers, agents, servants, employees, and attorneys, as well as those persons in active concert or participation with her) is prohibited from destroying, damaging, deleting, shredding, hiding or otherwise altering documents or any e-mails, text messages, papers, drafts, notes, files, voice-mails, or any other document, whether in paper form or electronic media, regarding or related to Hostess, except pursuant to agreement of the parties.

4. Defendant has a continuing obligation to return to Hostess all confidential, proprietary and trade secret information belonging to Hostess that is still within her possession, including product formula information; ingredient specifications; process flow diagrams and process hazard analyses; finished product specifications; and consumer complaints and investigations (in whatever form such information may exists); and

5. Defendant has a continuing obligation to make available for inspection and imaging any computers, external storage devices, or personal data devices on which she accessed and/or retained Hostess's confidential information or trade secrets as well as any and all Cloud-based file management accounts (including Gmail, iCloud, and Dropbox), email accounts, or other devices or accounts on which Hostess's information could reside.

This order shall remain in effect until the issuance of a further order from the Court.

SO ORDERED this 1st day of July, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

Submitted and Agreed to by:

FISHER & PHILLIPS LLP  By: */s/John W. Stapleton*
1075 Peachtree Street  John W. Stapleton
Suite 3500  Georgia Bar No. 368790
Atlanta, Georgia 30309
Telephone: (404) 231-1400
Facsimile: (404) 240-4249
jstapleton@fisherphillips.com

James R. Holland, II (*pro hac vice admitted*)
FISHER & PHILLIPS, LLP
4900 Main Street, Suite 650
Kansas City, Missouri 64112
Tel: (816) 842-8770
jholland@fisherphillips.com

*COUNSEL FOR PLAINTIFF*

James C. Morton  By: */s/James C. Morton*
Suite 1350, Two Midtown Plaza  James C. Morton
1349 West Peachtree Street  Georgia Bar No. 526025
Atlanta, Georgia 30309
(404) 966-5133
(404) 806-2525 (fax)
jcm-law@comcast.net

*COUNSEL FOR DEFENDANT*
(Defendant appearing specially
and without prejudice to any defense)